## K. TOMISHIMA *v.* P. F. HURLEY.

### No. 1102.

### MOTION TO QUASH WRIT OF ERROR.

ARGUED FEBRUARY 11, 1919.                DECIDED FEBRUARY 14, 1919.

COKE, C. J., EDINGS, J., AND CIRCUIT JUDGE DEBOLT IN PLACE OF KEMP, J., ABSENT.

*Per Curiam*: The plaintiff, defendant in error, has interposed a motion to quash the writ of error issued upon the petition of the defendant, plaintiff in error, upon the ground that the bond filed is not in compliance with section 2527 R. L. 1915. In the oral argument of counsel in support of the motion he questions the validity of the bond because of the form thereof and for the additional reason that the principal, P. F. Hurley, executed the bond "by E. C. Peters, attorney-in-fact." The form, terms and conditions of the bond appear to meet the requirements of section 2527 R. L. 1915. The failure of the attorney-in-fact to present with the bond his authority in the premises, even if amounting to an irregularity or informality, would not justify the granting of the motion to quash the writ. "No motion for a new trial, bill of exceptions, appeal or writ of error shall be dismissed for any informality or insufficiency of any bond, unless upon neglect of the party filing

such bond to comply with an order of a court or judge having jurisdiction directing an amendment of such bond to be made within a specified time, not less than twenty-four hours." Sec. 2536 R. L. 1915. See also *Wright* v. *Brown*, 11 Haw. 401.

The motion to quash is overruled.

*N. W. Aluli* for the motion.

*A. G. Smith* contra.